## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 18-CR-113** |
| | : | |
| | : | **18 U.S.C. § 1957** |
| v. | : | **(Engaging in Monetary Transactions in** |
| | : | **Property Derived from Specified** |
| | : | **Unlawful Activity)** |
| **JAMES GILBERT PADILLA,** | : | |
| | : | **D.C. Code § 22-3232(a), 3232(c)(2)** |
| Defendant. | : | **(Receipt of Stolen Property)** |

### SUPERSEDING INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about February 15, 2017, Defendant JAMES GILBERT PADILLA did knowingly engage and attempt to engage in the following monetary transaction, by, through, or to a financial institution, affecting interstate commerce, in criminally derived property of a value greater than $10,000, that is, by causing check number 1450 drawn from R&R Mechanical Contractors, Inc.'s Service Division Account at Sun Trust Bank in the amount of $20,000 with the notation "Retainer Fee" in the check memo, to be deposited into his trial and litigation support business's account at JP Morgan Chase, such proceeds having derived from a specified unlawful activity, that is bank fraud.

**(Engaging in Monetary Transactions in Property Derived from**
**Specified Unlawful Activity, in violation of Title 18, United States Code, Section 1957)**

### COUNT TWO

Between in or about January 2017 and in or about March 2017, within the District of Columbia, JAMES GILBERT PADILLA, bought, received, possessed, and obtained control of property of value, belonging to R&R Mechanical Contractors, Inc., consisting of money, which

had been stolen, knowing and having reason to believe it was stolen, with the intent to defraud and to deprive R&R Mechanical Contractors, Inc., of a right to and benefit of the property.

**(Receiving Stolen Property, in violation of 22 D.C. Code, Sections 3232(a), 3232(c)(2))**

                                      Respectfully submitted,

                                      JEANINE FERRIS PIRRO
                                      U.S. Attorney

Dated: November 21, 2025      By:   /s/ Kondi Kleinman
                                      Kondi Kleinman, Cal. Bar No. 241277
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      601 D Street N.W. | Washington, D.C. 20530
                                      (202) 252-6887 | kondi.kleinman2@usdoj.gov